IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN COSTENBADER-JACOBSON,<br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>DEPARTMENT OF REVENUE,<br>PENNSYLVANIA LOTTERY, ROBERT A.<br>JUDGE, SR. and DANIEL L. COOK,<br>Defendants | CIVIL ACTION NO.<br>~~1:CV-00-1269~~<br>1:CV-00-1269<br><br>Judge Kane<br><br>**FILED**<br>HARRISBURG<br><br>JUN 1 3 2002<br><br>MARY E. D'ANDREA, CLERK<br>Per_____<br>DEPUTY CLERK |

**O R D E R**

AND NOW this 13th day of June, 2002, **IT IS HEREBY ORDERED**

**THAT** the above-captioned action is placed on the October Trial list. Jury Selection for trials on the October trial list will commence Monday, October 7, 2002 at 9:30 a.m. in Courtroom 4, Eighth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. **IT IS**

**FURTHER ORDERED** that the following case management deadlines are established:

| | |
|---|---|
| Local Rule 16.3 - Attorney Conference and<br>Exchange of Proposed Jury Instructions: On or before:<br>Motions In Limine Due:<br>Pretrial Memoranda Due:<br>Pretrial and Settlement Conference: | August 30, 2002<br>September 6, 2002<br>September 18, 2002<br>September 26, 2002 - 10:00 a.m. |
| Joint Jury Instructions with Objections and<br>Proposed Voir Dire Questions Due: | October 2, 2002 |

Yvette Kane
United States District Judge