

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBIN COSTENBADER-JACOBSON, :
    Plaintiff, :
     :
v. :   No. 1:CV 00-1269
     :
COMMONWEALTH OF PENNSYLVANIA, :   (Judge Kane)
DEPARTMENT OF REVENUE, :
PENNSYLVANIA LOTTERY, ROBERT A. :
JUDGE, SR., and DANIEL L. COOK, :
    Defendants. :

**O R D E R**

FILED
HARRISBURG

SEP 2 6 2002

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

AND NOW, this 26th day of Sept, 2002, counsel having reported to the Court that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

                                                   /s/ Yvette Kane
                                                 Yvette Kane
                                                 United States District Judge